# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | CASE NUMBER: 07-mj-01000-MEH |
| VICKI ANN WALKER | Robert Pepin<br>(Defendant's Attorney) |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C § 1701 | Obstruction of Mail | Dec 2005 to June 2006 | 1 |

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

2/23/07
Date of Imposition of Judgment

*/s/ Boyd N. Boland*
Signature of Judicial Officer

Boyd N. Boland, U.S. Magistrate Judge
Name & Title of Judicial Officer

February 27, 2007
Date

DEFENDANT: VICKI ANN WALKER
CASE NUMBER: 07-mj-01000-MEH

## PROBATION

The defendant is hereby placed on probation for a term of 12 months UNSUPERVISED.

DEFENDANT: VICKI ANN WALKER
CASE NUMBER: 07-mj-01000-MEH

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 0 | $0.00 | $0.00 | $0.00 |
| **TOTALS** | $0.00 | $0.00 | $0.00 |